IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-cv-00271-D

| | |
|---|---|
| **UNITED STATES OF AMERICA for the use of S.T. WOOTEN CORPORATION,** )<br>)<br>)<br>**Use Plaintiff,** )<br>)<br>**v.** )<br>)<br>**T.H.R. ENTERPRISES, INC., ADVANCE CONCRETE, L.L.C., and THE HANOVER INSURANCE COMPANY,** )<br>)<br>)<br>)<br>**Defendants.** )<br>) | **STAY ORDER** |

CAME THE PARTIES, by counsel, and stipulated their agreement as acknowledged by the endorsement of their counsel below to an agreed stay of this action as jointly moved by them pending administrative exhaustion of related subcontract pass-through claims and other disputes resolution conditions precedent.

Upon consideration thereof, the Court finds good cause to grant the moved and agreed stay, including because the stay will avoid prejudice to any party and effect judicial economy to the parties and this Court.

Accordingly, it is hereby ORDERED that the stay be granted, and this action be, and the same hereby is, stayed pending administrative exhaustion of related subcontract pass-through claims and other disputes resolution conditions precedent.

Counsel for the parties shall periodically, and no less than four month intervals, file a joint report with the Court through ECF apprising the Court as the status of the pass-through claims and disputes resolution processes.

ENTERED: 7 / 25 /2013

_____
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

STIPULATED AND AGREED TO:

/s/ Tobias R. Coleman
Tobias R. Coleman (NC State Bar #41168)
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P.
P. O. Box 2611
Raleigh, NC 27602
Telephone: (919) 821-1220
Fax: (919) 821-6800
Email: tcoleman@smithlaw.com
Counsel for S.T. Wooten Corp.

/s/ Neil S. Lowenstein
Neil S. Lowenstein (NC State Bar #26998)
Vandeventer Black LLP
434 Fayetteville Street, Suite 2000
P.O. Box 2599
Raleigh, NC 27602-2599
Telephone: (919) 754-1171
Fax: (919) 754-1317
Email: nlowenstein@vanblk.com
Counsel T.H.R. Enterprises, Inc. and The Hanover Insurance Company

/s/ Charles L. McLawhorn, Jr.
Charles L. McLawhorn, Jr. (NC State Bar #07419
McLawhorn & Associates, P.A.
P. O. Box 8188
Greenville, NC 27835-8188
Telephone: (252) 321-0473
Fax: (252) 321-0482
Email: cmclawhorn@mclawhornlaw.com
Counsel for Advance Concrete, L.L.C.