IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-cv-00271-D

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of S.T. Wooten Corporation, </br></br> Use Plaintiff, </br></br> v. </br></br> T.H.R. ENTERPRISES, INC., ADVANCE CONCRETE, L.L.C., and THE HANOVER INSURANCE COMPANY, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## DISMISSAL ORDER

Upon consideration of the joint motion and stipulation of the parties submitted herein for dismissal, and for good cause shown, the Court grants the parties' joint motion, accepts the parties' stipulations, and incorporating the same ORDERS that this action, including all claims, counterclaims, and cross-claims of all parties, be, and the same hereby is and are, dismissed, with prejudice, with use plaintiff, S.T. Wooten Corporation, defendant Advance Concrete, L.L.C., and defendants T.H.R. Enterprises, Inc. and the Hanover Insurance Company, respectively, bearing their own costs and attorney's fees.

SO ORDERED. This **28** day of February 2017.

_____
JAMES C. DEVER III
Chief United States District Judge